ACCEPTED
03-14-00315-CV
8386177
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 9:34:49 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00315-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2015 9:34:49 AM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS
## AUSTIN, TEXAS

**JADON NEWMAN**
　　　　**Appellant**

**v.**

**FIRSTMARK CREDIT UNION**
　　　　**Appellee**

## APPELLANT'S DISMISSAL OF APPEAL WITH PREJUDICE

TO THE HONORABLE THIRD COURT OF APPEALS:

COMES NOW JADON NEWMAN AND FIRSTMARK CREDIT UNION respectfully showing the Court as follows:

All parties have settled this case. The parties move the Court to dismiss this appeal with prejudice, and for all other relief to which they are entitled.

Respectfully submitted,

/s/Craig S. Smith
Craig S. Smith
SBN 18553570
14493 S.P.I.D., Suite A, P.M.B. 240
Corpus Christi, Tx. 78418
361 728 8037
csslawrr@gmail.com

1

Agreed:

/s/ Lessie Gilstrap Fitzpatrick
Lessie Gilstrap Fitzpatrick
SBN 24012630
lfitzpatrick@fbhf.com
221 W. Sixth Street, Suite 960Austin, Texas 78701
(512) 476-2020 phone
(512) 477-5267 fax

*Counsel for Appellees*

## CERTIFICATE OF SERVICE

On December 29, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service, e-mail, facsimile, or mail to the following:

Lessie Gilstrap Fitzpatrick
SBN 24012630
lfitzpatrick@fbhf.com
221 W. Sixth Street, Suite 960
Austin, Texas 78701
(512) 476-2020 phone
(512) 477-5267 fax

*Counsel for Appellees*

*/s/* Craig S. Smith
Craig S. Smith